THE STATE v. WILLIAM TEAGUE, Appellant.

Division Two, January 4, 1915.

APPELLATE JURISDICTION: Common Assault. Where defendant was tried upon an information charging him with felonious assault under Sec. 4481, R. S. 1909, and the jury returned a verdict finding him guilty of common assault and assessed his punishment at a fine of one hundred dollars, the Court of Appeals, and not the Supreme Court, has jurisdiction of his appeal.

Appeal from Christian Circuit Court—*Hon. John T. Moore,* Judge.

TRANSFERRED TO SPRINGFIELD COURT OF APPEALS.

*W. P. Sullivan, George Thornberry* and *Roscoe Patterson* for appellant.

*John T. Barker*, Attorney-General, and *Thomas J. Higgs*, Assistant Attorney-General for the State.

WILLIAMS, C.—Upon a information charging him with the crime of felonious assault, under section 4481, Revised Statutes 1909, defendant was tried in the circuit court of Christian county. The jury returned the following verdict, signed by the foreman:

"We the jury find the defendant, Will Teague, guilty of common assault and assess his punishment at $100 and costs."

Judgment was entered on the verdict and thereafter the appellant was granted an appeal to this court. The Attorney-General has filed a motion to transfer the cause to the Springfield Court of Appeals on the ground that the defendant was found guilty of a misdemeanor.

The motion must prevail. [State v. Woodson, 248 Mo. 705, l. c. 707; State v. Underwood, 254 Mo. 469, l. c. 470-1.]

It is therefore ordered that the case be transferred to the Springfield Court of Appeals, there to be heard and determined. *Roy, C.,* concurs.

PER CURIAM—The foregoing opinion of WILLIAMS, C., is adopted as the opinion of the court. All of the judges concur.